# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN J. FOX, | No. CV 04-3073-ODW(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| OFFICER JORDAN, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that summary judgement is granted in favor of defendants and against plaintiff on all claims.

DATED: 06-20-2008

_____
OTIS D. WRIGHT, II
United States District Judge